[No. 65536-1-I. Division One. June 20, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ANJUM NAWAZ KHAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-01532-1, Helen Halpert, J., entered May 10, 2010. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Schindler and Lau, JJ.

[No. 66021-7-I. Division One. June 20, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. K.K., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-8-00930-4, Mary Yu, J., entered August 30, 2010. *Affirmed* by unpublished opinion per Lau, J., concurred in by Cox and Schindler, JJ.

[No. 66641-0-I. Division One. June 20, 2011.]

*In the Matter of the Guardianship of* DOROTHY K. GREGA.

DONNA MAE KIRLEY, *as Guardian, Respondent*, v. JANET O'BRIEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-00932-9, Eric B. Watness, J. Pro Tem., entered September 30, 2010. *Affirmed* by unpublished per curiam opinion.

[No. 66933-8-I. Division One. June 20, 2011.]

MICHAEL SMITH, *as Personal Representative*, ET AL., *Appellants*, v. MULTICARE HEALTH SYSTEM, *Defendant*, RONALD R. LOUIE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-2-10437-4, Stephanie A. Arend, J., entered March 26, 2010. *Affirmed* by unpublished opinion per Becker, J., concurred in by Dwyer, C.J., and Leach, J.